The order below is hereby signed.

Signed: May 13 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| Muse Threads Inc., | Case No. 22-00238-ELG |
| Debtor. | Chapter 7 |
| | |
| Muse Threads Inc., <br> Plaintiff, | Adv. Pro. 23-10007-ELG |
| v. | |
| Vox Funding, LLC, <br> Defendant. | |

### ORDER ESTABLISHING DEADLINES AND SETTING HEARING

On May 17, 2023, Muse Threads Inc. (the "Plaintiff") and Vox Funding (the "Defendant") appeared at a hearing and represented to the Court that a notice of dismissal would be filed in the instant adversary proceeding; however, the parties have failed to do so.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.     On or before **May 27, 2026**, the Plaintiff and the Defendant shall each file a response articulating why the instant adversary proceeding should not be dismissed.

2

2.    If neither party files a response, then the Court shall dismiss the adversary proceeding.

3.    If the adversary proceeding has not been dismissed, Plaintiff's counsel and Defendant's counsel shall appear before the Court on **July 1, 2026** at **12:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001.

[Signed and dated above.]

Copies to: recipients of electronic notification