The order below is hereby signed.

Signed: May 13 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Muse Threads Inc.,** | **Case No. 22-00238-ELG** |
| **Debtor.** | **Chapter 7** |
| **Muse Threads Inc.,**<br>**Plaintiff,** | **Adv. Pro. 23-10007-ELG** |
| **v.** | |
| **Vox Funding, LLC,**<br>**Defendant.** | |

### ORDER ESTABLISHING DEADLINES AND SETTING HEARING

On May 17, 2023, Muse Threads Inc. (the "Plaintiff") and Vox Funding (the "Defendant") appeared at a hearing and represented to the Court that a notice of dismissal would be filed in the instant adversary proceeding; however, the parties have failed to do so.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **May 27, 2026**, the Plaintiff and the Defendant shall each file a response articulating why the instant adversary proceeding should not be dismissed.

1

2.      If neither party files a response, then the Court shall dismiss the adversary proceeding.

3.      If the adversary proceeding has not been dismissed, Plaintiff's counsel and Defendant's counsel shall appear before the Court on **July 1, 2026** at **12:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001.

[Signed and dated above.]

Copies to: recipients of electronic notification

United States Bankruptcy Court

District of Columbia

Muse Threads Inc,

    Plaintiff

Vox Funding, LLC,

    Defendant

Adv. Proc. No. 23-10007-ELG

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf001 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | Muse Threads Inc, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| dft | + | Vox Funding, LLC, c/o Stellar Corporate Services LLC, 3500 South DuPont Highway, Dover, DE 19901-6041 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | May 13 2026 22:24:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | May 13 2026 22:16:35 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2026 22:24:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | May 13 2026 22:16:28 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | May 13 2026 22:24:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | May 13 2026 22:24:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 13 2026 22:24:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0090-1

Date Rcvd: May 13, 2026

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Maurice Belmont VerStandig | on behalf of Plaintiff Muse Threads Inc mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1