The order below is hereby signed.

Signed: June 25 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Muse Threads Inc.,** | **Case No. 22-00238-ELG** |
| **Debtor.** | **Chapter 7** |
| **Muse Threads Inc.,**<br>**Plaintiff,** | **Adv. Pro. 23-10007-ELG** |
| **v.** | |
| **Vox Funding, LLC,**<br>**Defendant.** | |

### DISMISSAL ORDER

On May 13, 2026, the Court entered an *Order Establishing Deadlines and Setting Hearing* (the "Order") (ECF No. 12), which required Muse Threads Inc. and Vox Funding, LLC to file a response on or before May 27, 2026, articulating why the instant adversary proceeding should not be dismissed. The Order further provided that if neither party filed a response, then the Court would dismiss the instant adversary proceeding. As neither party has filed a response to the Order, cause exists to dismiss this adversary proceeding.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the *Complaint for Turnover of Property and Injunctive Relief* (ECF No. 1) is **DISMISSED** for failure to prosecute.

[Signed and dated above.]

Copies to: recipients of electronic notification